WEYDMAN ELECTRIC, INC., Appellant, v JOINT SCHOOLS CON-STRUCTION BOARD et al., Respondents.

Submitted August 1, 2016; decided October 27, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.